UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

FILED
2016 FEB -8  P 4: 09
US DISTRICT COURT
HARTFORD CT

Michael Williams
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

American School for
The Deaf
_____
_____
_____
_____
_____
_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. 3:16cv210(VAB)
(To be supplied
by the court)

**A. PARTIES**

1. Michael Williams is a citizen of Connecticut who
   (Plaintiff)                           (State)
presently resides at 122 Salisbury Street Hartford, Conn 06112
                     (mailing address)

2. Defendant American School For Deaf is a citizen of Connecticut
              (name of first defendant)              (State)
whose address is 139 N. Main Street, West Hartford, CT 06107

and who is employed as American School For The Deaf.
                       (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ~~No~~. If your answer is "Yes," briefly explain:

A form for filing a civil Rights action pursuant to 42 U.S.C § 1983

3. Defendant __John Doe__ is a citizen of __Connecticut__
   (name of second defendant)                              (State)

whose address is _____

and who is employed as _____.
                    (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___Yes ___No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓ _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. This is a civil action under 42 USC § 1983 seeking damages and injunctive relief against Defendant for committing acts, under state color of law, with the intent and for the purpose of depriving Plantiff of rights secured under the Constitution and laws of the United States retailiating against Plantiff for his exercise of the constitution for refusing to Retailiate against whistleblowing Employees

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Plantief brings this action resulting from damages incurred to his unlawful termination Whistleblowing → American School from The Deaf on Feb 6, 2013

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3

**Claim II:** Plantiff brings this action to this court the he would still be employed in this district for the unlawful actions of the Defendent

**Supporting Facts:** Retailiation and implementing new rules of drug testing in a sabatage manner against the defendant for reporting child abuse of a employee/supervisor John Doe

**Claim III:** _____

**Supporting Facts:**

## E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

____Yes __✓__No.  If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

  a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

  b. Name and location of court and docket number_____

  c. Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)

_____

  d. Issues raised: _____

_____

  e. Approximate date of filing lawsuit:_____

  f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them.  (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

I request the following relief:

## G. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓   No ___

_____  *Michael Williams*
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____  Michael Williams
Printed Name    Printed Name

    122 Salisbury Street
_____
    Hartford, Conn 06112
_____

( )    (860) 713-3329
Attorney's full address and telephone   Plaintiff's full address and telephone

    OOZE10@icloud.com
_____
Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 450 Main Street Htfd   on 2-8-16 .
    (location)      (date)
                *Michael Williams*
                **Plaintiff's Original Signature**

(Rev. 9/22/09)

6